## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | **Cause No. 3:21-CR-00046-RLY-MPB** |
| | ) |
| **TIMOTHY L. GUY** | ) |
| | ) |
| **Defendant,** | ) |

### SENTENCING MEMORANDUM

Comes now, the Defendant, Timothy L. Guy, by counsel, Dax R. Womack, and tenders his Sentencing Memorandum, to wit:

Guy pled guilty and acknowledges his guilt to the Indictment filed herein.  In 3:21-CR-00046-RLY-MPB; Count 1 -Possession of a Firearm by a convicted Felon, a violation of 18 USC§922 (g)(1), a Class C Felony; Count 2 -Receiving Stolen Property, a violation of 18 USC§641(a)(1), a Class C Felony; and Count 3-Possession of Sexually Explicit Material Involving Minors, a violation of 18 USC§2252(a)(4)(B). a Class C Felony.

Guy recognizes the seriousness of his offenses and acknowledges it is the duty of this Court to impose punishment as a result of these offenses. Guy further understands the statutory term of imprisonment for Possession of a Firearm by a convicted Felon is 10 years imprisonment, and not more

than 3 years supervised release; Receiving Stolen Property is 10 years imprisonment, and not more than 3 years supervised release; and Possession of Sexually Explicit Material Involving Minors, 10-20 years imprisonment, and 5 years to life supervision.

Guy understands he signed an 11 (c)(1)(c) plea agreement that calls for a fixed term of imprisonment of 60-months, provided Guy continue to accept responsibility for his actions, and his timely plea. Guy requests this Honorable Court accept the plea and sentence Guy negotiated in good faith by all relevant parties. Mr. Guy request to be housed at a facility nearest to his family, if possible.

___/s/Dax R. Womack_____

**WOMACK LAW OFFICE, LLC**
304 First Street
P.O. Box 637
Henderson, Kentucky 42419-0637
(270) 826-5040

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2023, a copy of the foregoing Motion was filed electronically with the Clerk of the Court. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

**Todd Stanton Shellenbarger**
Todd.Shellenbarger@usdoj.gov,usains.ecf-criminal@usdoj.gov,CaseView.ECF@usdoj.gov,tuesdae.suttles@usdoj.gov,USAINS.ECF-AF@usdoj.gov

I hereby certify that on October 19, 2023 a copy of the foregoing Motion was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

None

___/s/Dax R. Womack_____
**WOMACK LAW OFFICE, LLC**
304 First Street
P.O. Box 637
Henderson, Kentucky 42419-0637
(270) 826-5040
Info@womacklawofficellc.com